1  SHELLEY G. BRYANT - #222925
   AMANDA B. WHITTEN - #251160
2  LAW OFFICES OF SHELLEY G. BRYANT
   2350 West Shaw Avenue, Ste. 132
3  Fresno, CA 93711
   (559) 432-0986 Telephone
4  (559) 432-4781 Facsimile

5

6  Attorneys for Plaintiff, MICHAEL WOMACK

7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| 11  MICHAEL WOMACK, | Case No. 1:11-cv-00894-SMS |
| 12         Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)** |
| 13       vs. | |
| 14  HOME DEPOT U.S.A., INC. a Delaware corporation and DOES 1 through 20, inclusive, | **ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE** |
| 15 | |
| 16        Defendants. | Complaint Filed: April 27, 2011 |

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The Court, having received the Stipulation for Dismissal of Complaint with Prejudice per FRCP 41(A)(2) and Order Thereon, hereby dismisses the above-entitled action with prejudice.  All pending deadlines dates (Doc. 18), including the Pre-Trial Conference set 9/18/12 @ 10:00 a.m. before Judge Snyder (SMS) and Trial set 10/29/12 @ 9:00 a.m. before Judge Snyder (SMS) are VACATED.

IT IS SO ORDERED.

Dated:  **February 14, 2012**                    **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE